# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV21-03438 JAK (ASx) | Date | June 29, 2021 |
| Title | Roderick Todd v. Santander Consumer USA Inc., et al. | | |

**Present: The Honorable** JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO SANTANDER CONSUMER USA INC. ONLY (DKT. 15)**

On June 28, 2021, a notice of settlement was filed stating that a settlement has been reached between Plaintiff and Defendant Santander Consumer USA Inc. ("Santander"). The Court sets an Order to Show Cause re Dismissal for September 29, 2021. If a dismissal is not filed by September 29, 2021, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **Santander Consumer USA Inc.**, only.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | TJ | |