## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV21-03438 JAK (ASx) | Date | July 6, 2021 |
| Title | Roderick Todd v. Santander Consumer USA Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO EQUIFAX INFORMATION SERVICES LLC. ONLY (DKT. 17)**

On July 3, 2021, a notice of settlement was filed stating that a settlement has been reached between Plaintiff and Defendant Equifax Information Services LLC. ("Equifax"). The Court sets an Order to Show Cause re Dismissal for October 3, 2021. If a dismissal is not filed by October 3, 2021, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **Equifax Information Services LLC**, only.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | TJ | |